IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ULTRACARE, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 06-0077-WS-C |
| | ) |
| TIMOTHY A. BERGERON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice** for lack of federal subject matter jurisdiction.

DONE and ORDERED this 29th day of September, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE